**RECEIVED**

August 29, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Michael Trujillo_____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MABEL ARREDONDO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MONETARY INQUISITION GROUP, LLC** | § | **EP-22-CV-000236-DG** |
| **d/b/a FREEDOM LOAN RESOLUTION** | § | |
| **SERVICES, a California Limited Liability** | § | |
| **Company, and DAVID CHUNG** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendants MONETARY INQUISITION GROUP, LLC d/b/a FREEDOM LOAN RESOLUTION SERVICES, and DAVID CHUNG were served with the Summons and Complaint in this action on or about July 20, 2022, and the time for Defendants to appear, answer, or move against the Complaint has expired without an appearance by Defendants; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that Plaintiff, Mabel Arredondo recover from the Defendants the sum of $96,000.00, the amount claimed, amounting in all to $42,000.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that Plaintiff have execution, therefore.

_____
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS DAY OF _____, 2022